JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANA ROSARIO CHAVEZ, | Case No. 2:23-cv-9787 JFW (RAOx) |
| Plaintiff, | Hon. John F. Walter |
| v. | |
| TARGET CORPORATION, | **ORDER ON STIPULATION TO REMAND REMOVED ACTION AND TO CAP PLAINTIFF'S DAMAGES** |
| Defendants. | |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff ANA ROSARIO CHAVEZ will not recover more than $100,000.00 in total damages.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

Dated: May 20, 2024

_____
Honorable John F. Walter

1